UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIAN TANG,<br>Plaintiff,<br>v.<br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, et al.,<br>Defendants. | Case No. 5:26-CV-08980-SVK<br><br>**STIPULATION TO STAY PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until January 12, 2027. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of their Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services (USCIS) is presently working to schedule an interview on Plaintiff's application. The parties have conferred and agree to stay litigation deadlines to allow USCIS additional time to schedule the interview.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 12, 2027, at which time the parties will file a joint status report with the Court. At that time, the

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 13, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica**
SHAMIRA DWARICA
Assistant United States Attorney
Attorneys for Defendants

Dated: November 13, 2026

*/s/ Jian Tang*
JIAN TANG
Pro Se Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 16, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.